In the Matter of Arbitration Proceedings between MICHAEL HOLZMAN, Appellant, and ALEXANDER EISEMANN and Six Others, Copartners Doing Business under the Firm Name and Style of ALEXANDER EISEMANN AND COMPANY, Respondents.— Order confirming the award of arbitrators, fixing the compensation of the arbi-

trators and directing judgment in accordance with the award, and judgment entered pursuant to the order, unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.